*Roy W. Moore, solicitor,* contra.

---

### 17379.   WILSON *v.* THE STATE.

Conviction supported by evidence, and approved by trial judge, not reversed.
                    DECIDED JULY 13, 1926.

Aiding escape; from Fulton superior court—Judge Howard. April 3, 1926.

*John O. Owen, Charles G. Reynolds,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, John H. Hudson,* contra.

LUKE, J.   Wilson was indicted and convicted of the offense of assisting a convict to escape from a convict camp. His case is here for review upon the sole contention that the evidence does not authorize his conviction. We can not say that there was not some evidence to authorize the defendant's conviction; and since that conviction has the approval of the trial judge, the judgment overruling the motion for a new trial must be

    *Affirmed. Broyles, C. J., and Bloodworth, J., concur.*

---

Criminal Law, 17 C. J. p. 271, n. 41.